ACCEPTED
15-25-00117-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/6/2025 5:00 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00117-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/6/2025 5:00:08 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **The State of Texas,** | § | |
| *Appellant/Cross-Appellee,* | § | **In the Court of Appeals** |
| | § | |
| **Vs.** | § | |
| | § | **State of Texas** |
| | § | |
| **Patrick Cox, for himself and as agent** | § | |
| **For AOC Ranches, LLC, Team** | § | |
| **Advertising Services, Inc., CCLHR** | § | **15th Judicial District** |
| **Enterprises, LLC, and VPizza** | § | |
| **Restaurant 001, LLC,** | § | |
| *Appellees/Cross-Appellants* | § | |

## APPELLEES/CROSS-APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE CROSS-APPELLANTS' BRIEF

NOW COMES, Appellees/Cross-Appellants Patrick Cox, for himself and as agent for AOC Ranches, LLC, Team Advertising Services, Inc., CCLHR Enterprises, LLC, and VPizza Restaurant 001, LLC ("Patrick Cox" or "Appellees/Cross-Appellants"), and files this unopposed motion to extend time to file Cross-Appellants' Brief. In support of said Motion, Appellees/Cross Appellants would show the Court as follows:

Counsel for Patrick Cox has conferred with counsel for the State of Texas, and the State of Texas does not oppose this motion for extension.

On June 30, 2025, the State of Texas filed an accelerated appeal of the state court's *Order Granting in Part and Denying in Part Texas' Plea to the Jurisdiction and Motion for Summary Judgment*. On July 3, 2025, Patrick Cox filed a cross-appeal.

On July 22, 2025, the State of Texas filed an *Unopposed Motion for Extension of Time to File Appellant's Brief*. Appellees/Cross-Appellants agreed to extend the deadline to August 27, 2025.

Appellees/Cross-Appellants intended to file a motion to request an extension of their deadline to August 27, 2025, but have not yet done so. Having conferred with opposing counsel, the State of Texas is not opposed to this motion.

WHEREFORE, Appellees/Cross-Appellants respectfully request this Court extend the deadline to file an appeal brief to August 27, 2025, and further requests this Court grant any and all other relief to which Appellees/Cross-Appellants may be entitled.

Dated:   August 6, 2025

Respectfully submitted,

*/s/ Reese W. Baker*
Reese W. Baker
TX Bar No. 1587700
Baker & Associates
950 Echo Lane, Suite 300
Houston, TX 77024
Phone: (713) 869-9200
Fax: (713) 869-9100
Email: courtdocs@bakerassociates.net
ATTORNEY FOR THE APPELLEES/
CROSS-APPELLANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on or about August 6, 2025, a true and correct copy of the foregoing document was served upon all parties of notice via email and electronic service.

*/s/ Reese W. Baker*

Reese W. Baker

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Reese Baker on behalf of Reese Baker
Bar No. 1587700
courtdocs@bakerassociates.net
Envelope ID: 104067548
Filing Code Description: Motion
Filing Description: Cox Unopposed Motion to Extend time to File CrossAppellant Brief 20250806
Status as of 8/7/2025 7:08 AM CST

Associated Case Party: Patrick Cox

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Reese Baker | 1587700 | courtdocs@bakerassociates.net | 8/6/2025 5:00:08 PM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ali Thorburn | | ali.thorburn@oag.texas.gov | 8/6/2025 5:00:08 PM | SENT |
| Jacob Beach | | jacob.beach@oag.texas.gov | 8/6/2025 5:00:08 PM | SENT |
| Amanda Ruch | | amanda.ruch@oag.texas.gov | 8/6/2025 5:00:08 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ariana Ines | | ariana.ines@oag.texas.gov | 8/6/2025 5:00:08 PM | SENT |